UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————— X

MIGUEL A. FLORES-LINARES

                Plaintiff,        Affirmation of Service

    -against-

PAM BONDI et al.

                                2:26 __CV 289____ ( EDNY)

                Defendant.
———————————————————— X

I, _Mercedes Spiegel_____ , declare under penalty of perjury that I have

served a copy of the attached _Petition for Writ of Habeas Corpus_____

upon _PAM BONDI, KRISTI NOEM, TODD M. LYONS, BRIAN FLANAGAN_____

whose address is: _610 Federal Plaza, 6th Floor Central Islip NY 11722_____

Dated: _1/20/26_____
      Central Islip    , New York

                                                _[signature]_
                                               Signature

                                               50 Clinton Street, Suite 501
                                               Address

                                               Hempstead, NY 11550
                                               City, State, Zip Code