UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| MIGUEL A. FLORES-LINARES, | **NOTICE OF APPEARANCE** |
| Petitioner, | |
| v. | |
| PAMELA BONDI, U.S. Attorney General, U.S. Department of Justice,  KRISTI NOEM, Secretary, U.S. Department of Homeland Security,  TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, BRIAN FLANAGAN, Acting Deputy Field Office Director, U.S. Immigration and Customs Enforcement, New York City Area, | Civil Action No. 26-cv-0298 (SJB) |
| Respondents. | |

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, MARIKA M. LYONS Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as counsel on behalf of Defendants in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that she is admitted to practice in this Court.

Dated: Brooklyn, New York
      January 20, 2026

                                    JOSEPH NOCELLA, JR.
                                    United States Attorney

              By:    */s/ Marika M. Lyons*
                      MARIKA M. LYONS
                      Assistant U.S. Attorney
                      (718) 254-6484
                      Marika.Lyons@usdoj.gov