UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL FLORES-LINARES<br><br>*Petitioners,*<br><br>v.<br><br>KENNETH GENALO, *et al.*,<br>*Respondents.* | Civil Action No. 26-cv-00298<br><br><u>DECLARATION OF SUPERVISORY<br>DETENTION AND DEPORTATION OFFICER</u> |

Pursuant to 28 U.S.C. § 1746, I, Kareem Johnson declare under penalty of perjury that the following is true and correct:

1. I am a Supervisory Detention and Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I started as a Deportation Officer in February 2007. I have been serving in my current capacity as a Supervisory Detention and Deportation Officer ("SDDO") since July 2023. As an SDDO, I oversee a team of Deportation Officers who manage the cases of aliens who are in immigration proceedings.

2. I have prepared this declaration in connection with a Petition for a Writ of Habeas Corpus filed by the petitioner, Francisco Franco ("Petitioner"). Petitioner, a native and citizen ofEl Salvador, has been assigned the following Alien Number: 241 102 085. The following representations are based on my review of Petitioner's administrative records, consultation with my colleagues, and ICE electronic records and databases.

3. The Petitioner entered the United States at an unknown place and time.

4. On January 16, 2026, at approximately 1:45 p.m. ICE encountered the Petitioner in Freeport, New York and engaged in a consensual encounter with the

petitioner. During this conversation, Petitioner stated when asked by officers that he was a citizen and national of El Salvador with no legal status in the United States. Based on this, a Form I-200 was issued and the alien was arrested pursuant to Immigration and Naturalization Act § 235(b)(2)(A), 8 USC § 1225(b)(2)(A).

5. Prior to this arrest, there are no records of the Petitioner having previously been arrested by U.S. immigration officials.

6. On the same date, the Petitioner was transported to ICE's Intake office at Nassau County Correctional Center at approximately 2:40 p.m. for post-arrest processing and an NTA was issued pursuant to 8 C.F.R. § 235.6 and filed the same day. Petitioner was then booked in at Nassau County Correctional Center, which is a staging facility that does not accommodate long-term detention beyond 72-hours, later the same day.

7. On January 17, 2026, Petitioner was booked out of Nassau County Correctional Center at approximately 6:30 p.m. and transported to Delaney Hall Detention Facility in New Jersey where he was booked in at approximately 9:15 p.m. where he remains currently detained as of the time of this declaration.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
this _____ day of January 2026.

KAREEM A JOHNSON
Digitally signed by KAREEM A JOHNSON
Date: 2026.01.20 13:03:24 -05'00'

Kareem Johnson
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security