

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

The                                                                              *271 Cadman Plaza East*
                                                                                 *Brooklyn, NY 11201*

**BY ECF**                                                    January 21, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Flores-Linares v. Bondi, et al.*, No. 26-cv-00298 (SJB)

Dear Judge Bulsara:

      This Office represents Respondents in the above-captioned case in which Petitioner Miguel Antonio Flores-Linares, an alien in removal proceedings, filed a petition for a writ of habeas corpus on January 17, 2026 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). *See* ECF No. 1. Respondents write in accordance with Your Honor's Order dated January 20, 2026 (the "January 20 Order"), directing them to file a letter "that indicates when the website [the publicly available Online Detainee Locator System ("ODLS")] would have been updated to reflect Petitioner's location in New Jersey."

      The ODLS generally contains only current information. The government is still attempting to obtain the information the Court seeks, and respectfully requests until the end of the day to do so. Counsel for Petitioner consents to this request. This is the first extension sought regarding the January 20 Order.

      Thank you for the Court's attention to this submission.

                                        Respectfully submitted,

                                        JOSEPH NOCELLA, JR.
                                        United States Attorney

                    By:    */s/ Marika M. Lyons*
                           MARIKA M. LYONS
                           Assistant United States Attorney
                           (718) 254-6484

cc: All Counsel of Record (by ECF)