

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201*

**BY ECF**                                                                                           January 23, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Flores-Linares v. Bondi, et al.*, No. 26-cv-00298 (SJB)

Dear Judge Bulsara:

  This Office represents Respondents in the above-captioned case brought by Petitioner Miguel Antonio Flores-Linares ("Petitioner"). This letter is respectfully submitted in compliance with the Order entered yesterday, January 22, 2026, in which the Court ordered Respondents to effectuate Petitioner's release from custody by 5 p.m. today and to file a letter on the docket confirming Petitioner's release by the same time.  *See* Dkt. No. 9.

  As set forth in the accompanying declaration of Deportation Officer Matthew Theriault, Petitioner was released today at 2:50 p.m. from Delaney Hall Detention Facility.  In an email to the undersigned Assistant United States Attorney, Petitioner's counsel acknowledged that Petitioner has been released.

  Thank you for the Court's attention to this submission.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

           By: */s/ Marika M. Lyons*
               MARIKA M. LYONS
               Assistant United States Attorney
               (718) 254-6484

cc: All Counsel of Record (by ECF)