UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORES LINARES,<br><br>      *Petitioner,*<br><br>  v.<br><br>PAM BONDI, *et al.*,<br><br>      *Respondents.* | Civil Action No. 25-cv-00298<br><br><u>DECLARATION OF DEPORTATION OFFICER MATTHEW THERIAULT</u> |

      Pursuant to 28 U.S.C. § 1746, I, Matthew Theriault, hereby declare under penalty of perjury that the following is true and correct:

      1.    I am I am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). As a Deportation Officer, I manage the cases of aliens who are in immigration proceedings.

      2.    I have prepared this declaration in compliance with the Court's Memorandum Opinion dated January 22, 2026. The following representations are based on my personal knowledge, review of Petitioner's administrative records, consultation with my colleagues, staff at Delaney Hall Detention Facility, and ICE electronic records and databases.

      3.    Pursuant to the Opinion, on January 23, 2025, ICE ordered the release of Petitioner from custody from Delaney Hall Detention Facility and the staff at said facility informed me that the Petitioner was released at 2:50 p.m.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York

this January 23, 2026,

                         MATTHEW J THERIAULT
                         Digitally signed by MATTHEW J THERIAULT
                         Date: 2026.01.23 16:38:17 -05'00'

                         Matthew Theriault
                         Detention and Deportation Officer
                         U.S. Immigration and Customs Enforcement
                         U.S. Department of Homeland Security