UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MIGUEL A. FLORES-LINARES,

                Petitioner,

   - against -

PAM BONDI, Attorney General of the
United States; KRISTI NOEM, Secretary
of the Department of Homeland Security;
TODD M. LYONS, Acting Director,
United States Immigration and Customs
Enforcement, in their official capacities;
BRAIN FLANAGAN, Acting Deputy Field
Office Director for ICE IN New York City
area, in their official capacities,

                Respondents.
---------------------------------------------------------X

**JUDGMENT**
CV 26-0298 (SJB)

      A Memorandum and Order of Honorable Sanket J. Bulsara, United States District Judge, having been filed on January 22, 2026; granting Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; directing Respondents to effectuate Petitioner's release by January 23, 2026 at 5:00 p.m. and file a letter on the docket confirming such; enjoining Respondents from detaining or removing Petitioner absent further direction from this Court; it is

      **ORDERED AND ADJUDGED** that Petitioner Miguel A. Flores-Linares's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted; that Respondents are directed to effectuate Petitioner's Release; that Respondents are enjoined from detaining or removing Petitioner absent further direction from this Court pursuant to 8 U.S.C. § 1225; and that the case is closed.

Dated: January 27, 2026
       Central Islip, New York

                                          BRENNA B. MAHONEY
                                          CLERK OF COURT

                            By:   /s / Jazmin M. Cubano
                                 Deputy Clerk